NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**CPC PATENT TECHNOLOGIES PTY LTD.,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

———————————

2024-1365

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00600.

———————————

**JUDGMENT**

———————————

MELISSA MARIE HAULCOMB, K&L Gates LLP, Chicago, IL, argued for appellant.  Also represented by GEORGE C. SUMMERFIELD, JR., Shanghai, China; DARLENE GHAVIMI, Spencer Fane, LLP, Austin, TX; JONAH HEEMSTRA, Arnold & Porter Kaye Scholer LLP, Chicago, IL.

SETH W. LLOYD, Morrison & Foerster LLP, Washington, DC, argued for appellee.  Also represented by BRIAN ROBERT MATSUI; ALEXANDRA M. AVVOCATO, New York, NY; REBECCA WEIRES SETRAKIAN, Los Angeles, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, WALLACH, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 10, 2025
Date

Jarrett B. Perlow
Clerk of Court